Aaron R. Maurice, Esq.
Nevada Bar No. 6412
Brittany Wood, Esq.
Nevada Bar No. 7562
Elizabeth E. Aronson, Esq.
Nevada Bar No. 14472
**Maurice Wood**
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Telephone: (702) 463-7616
Facsimile: (702) 463-6224
E-Mail: amaurice@mauricewood.com
bwood@mauricewood.com
earonson@mauricewood.com

Attorneys for Defendant,
WESTCOR LAND TITLE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-C, ASSET BACKED PASSTHROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO. 3:21-cv-00325-MMD-WGC<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING THE NINTH CIRCUIT COURT OF APPEALS' DECISION IN WELLS FARGO vs. FIDELITY** |

COMES NOW Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2005-C, Asset Backed Certificates ("Plaintiff"), and Defendant, Westcor Land Title Insurance Company ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, and hereby stipulate and agree as follows:

**WHEREAS**, there are now currently pending in the United States District Court for the District of Nevada more than fifty actions between national banks, on the one hand, and title insurers, on the other hand (the "Actions");

**WHEREAS**, each of the Actions involves a title insurance coverage dispute wherein the national bank contends, and the title insurer disputes, that a title insurance claim involving an HOA assessment lien and subsequent sale was covered by a policy of title insurance;

**WHEREAS**, in the majority of these Actions, the title insurer underwrote an ALTA 1992 loan policy of title insurance with form 1 coverage, along with the CLTA 100/ALTA 9 Endorsement (the "Form Policy") and/or the CLTA 115.2/ALTA 5;

**WHEREAS**, the plaintiffs in these actions has now appealed a judgment of dismissal to the Ninth Circuit Court of Appeals in three cases: <u>Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.</u>, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGC); <u>HSBC Bank USA, N.A. v. Fidelity National Title Insurance Company</u> Case No. 20-15387; <u>Deutsche Bank Nat'l Tr. Co. v. Fid. Nat'l Title Ins. Co.</u>, Case No. 20-15849. Oral argument is presently scheduled in these cases for October 20, 2021;

**WHEREAS**, the Parties anticipate that the Ninth Circuit Court of Appeals' decision in the <u>Wells Fargo II</u> Appeal may touch upon issues regarding the interpretation of the Form Policy, and the Courts in this district have generally indicated a preference to stay these Actions until the Ninth Circuit appeals are resolved; and

**WHEREAS** both of the Parties agree that it is appropriate and desirous to stay the instant action pending the disposition of the <u>Wells Fargo II</u> Appeal, that a stay of the instant action will not prejudice either of the Parties, and that a stay of the instant action will best serve the interests of judicial economy, particularly given the proximity of the October 20, 2021 oral argument.

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The instant action shall immediately be **STAYED**, pending the disposition of the <u>Wells Fargo II</u> Appeal.

2. Each of the Parties shall be excused from responding to any now-outstanding discovery requests propounded by the other until after the stay is lifted.

3. Any now-pending deadlines to file responses to, or replies in support of, any outstanding motions are hereby **VACATED**, including Defendant's pending Motion to Dismiss at

MAURICE WOOD
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Tel: (702) 463-7616  Fax: (702) 463-6224

1  ECF No. 5.

2      4.    By entering into this stipulation, neither of the Parties is waiving its right to

3  subsequently move the Court for an order lifting the stay in this action.

4  DATED this 12th day of August, 2021.    DATED this 12th day of August, 2021.

5      **MAURICE WOOD**    **WRIGHT, FINLAY & ZAK, LLP**

6  By: /s/Brittany Wood    By:/s/Darren T. Brenner
    AARON R. MAURICE, ESQ.    ROBIN PREMA WRIGHT, ESQ.
7      Nevada Bar No. 6412    Nevada Bar No. 9296
    BRITTANY WOOD, ESQ.    DARREN T. BRENNER, ESQ.
8      Nevada Bar No. 7562    Nevada Bar No. 8386
    ELIZABETH E. ARONSON, ESQ.    CHRISTINA V. MILLER, ESQ.
9      Nevada Bar No. 14472    Nevada Bar No. 12448
10      8250 W. Charleston Blvd., Suite 100    LINDSAY D. ROBBINS, ESQ.
    Las Vegas, Nevada 89117    Nevada Bar No. 13474
11      7785 W. Sahara Ave, Suite 200
12      *Attorneys for Defendant*    Las Vegas, Nevada 89117

13      *Attorneys for Plaintiff*

14

15      DATED THIS 13th Day of August 2021.

16      IT IS SO ORDERED.

17      _____

18      UNITED STATES DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28

MAURICE WOOD
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Tel: (702) 463-7616 Fax: (702) 463-6224