WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2005-C, Asset Backed Pass-Through Certificates*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-C, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br>vs.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendant. | Case No.: 3:21-cv-00325-MMD-CSD<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2005-C, Asset Backed Pass-Through Certificates and Defendant, Westcor Land Title Insurance Company, by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

1     **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed with
2 prejudice, with each party bearing its own fees and costs.
3     **IT IS SO STIPULATED.**

4 DATED this 21st day of July, 2023.      DATED this 21st day of July, 2023.

**WRIGHT, FINLAY & ZAK, LLP**      **MAURICE WOOD**

*/s/ Lindsay D. Dragon*      */s/ Aaron Maurice*
Lindsay D. Dragon, Esq.      Aaron Maurice, Esq.
Nevada Bar No. 13474      Nevada Bar No. 6412
7785 W. Sahara Ave., Suite 200      8250 West Charleston Blvd., Suite 100
Las Vegas, NV 89117      Las Vegas, Nevada 89117
*Attorney for Plaintiff, Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2005-C, Asset Backed Pass-Through Certificates*      *Attorneys for Defendant, Westcor Land Title Insurance Company*

    **IT IS SO ORDERED.**

    DATED _____July 27_____, 2023.

    _____
    UNITED STATES DISTRICT COURT JUDGE